UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI,<br><br>    Plaintiff,<br><br>    v.<br><br>RCI, LLC,<br><br>    Defendant. | Case No. 13-cv-04328-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear at a case management conference in this matter on May 7, 2014, at 2:00 p.m.  The parties shall file a joint case management statement shall be filed by April 23, 2014.

If Plaintiff has not by then moved to substitute a new defendant, and the case management conference has not been continued, at the next hearing the Court will either (1) set the matter for an early motion for summary judgment, or (2) set a class certification schedule.

**IT IS SO ORDERED.**

Dated: March 6, 2014

_____
JON S. TIGAR
United States District Judge