CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, MICHAEL C. RIGHETTI,
individually and on behalf of other members similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>RCI, LLC<br><br>Defendants. | Case No. 3:13-cv-04328-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

  Plaintiff, MICHAEL RIGHETTI, on behalf of himself and all others similarly situated, and defendant, RCI, LLC, by and through their respective counsel of record, hereby submit the following Stipulation to Continue the Case Management Conference currently set for May 7, 2014 by forty-five (45) days.

  As the Court will recall from the prior Case Management Conference, Plaintiff is in the process of issuing subpoenas to third parties who Plaintiff believe to be

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

responsible for placing the calls that are the subject of this action. Thus far, two subpoenas have been issued and Plaintiff requires additional time to continue his discovery efforts via the subpoena process. Based on the above, the parties jointly request a forty-five day extension for the Case Management Conference, which is currently set for May 7, 2014 at 2:00 p.m.

Dated: April 15, 2014                     RESPECTFULLY SUBMITTED,

                                          **JONES LAW FIRM**

                                          By: /s/ Charles A. Jones
                                          Charles A. Jones, Esq.
                                          Attorneys for Plaintiff and all others
                                          similarly situated

Dated: April 15, 2014                     **Schiff Hardin LLP**

                                          By: /s/ Paula J. Morency
                                          Paula J. Morency
                                          Attorneys for Defendant

### [PROPOSED] ORDER

Having reviewed the foregoing stipulation and good cause appearing, it is hereby ORDERED that the Case Management Conference in the above entitled action be continued to  July 2, 2014  at  2:00 p.m.  .

Dated: April 18, 2014.

The Honorable
*IT IS SO ORDERED*
Judge Jon S. Tigar