CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, MICHAEL C. RIGHETTI,
individually and on behalf of other members similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI, on behalf of himself and all similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RCI, LLC<br><br>　　　　　Defendants. | Case No. 3:13-cv-04328-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR: (1) ALLOWING PLAINTIFF TO FILE A THRID AMENDED COMPLAINT: (2) DISMISSING DEFENDANT RCI, LLC FROM THIS ACTION, WITHOUT PREJUDICE AND (3) CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　Plaintiff, MICHAEL RIGHETTI, on behalf of himself and all others similarly situated, and Defendant, RCI, LLC, by and through their respective counsel of record, hereby submit the following Stipulation.

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Whereas, following the last CMC Plaintiff has conducted additional investigation into the parties and entities responsible for placing the call to Plaintiff that spawned this action. Based on said investigation, Plaintiff has identified the individuals and entities who are allegedly responsible for placing the calls to Plaintiff that violated the Telephone Consumer Protection Act 47 U.S.C. §227.

Whereas, the parties hereby stipulate to allow Plaintiff to file the attached Third Amended Complaint (attached as Exhibit A) against the parties and entities responsible for placing the calls to Plaintiff Michael Righetti. The parties also stipulate to allowing Plaintiff to add an additional Plaintiff, Rex Righetti, to this action.

Whereas, upon the signing of the Order allowing Plaintiff to file the attached Third Amended Complaint, the parties further stipulate to the dismissal of Defendant RCI, LLC from this action, without prejudice, with each party to bear their own fees and costs.

Whereas, the parties further stipulate to a continuance of the Case Management Conference currently set for July 2, 2014, in order to allow Plaintiffs to effectuate service of the Third Amended Complaint on the new Defendants.

Dated: June 18, 2014                    RESPECTFULLY SUBMITTED,

**JONES LAW FIRM**

By:   **/s/ Charles A. Jones**
Charles A. Jones, Esq.
Attorneys for Plaintiff and all others similarly situated

Dated: June 18, 2014                    **Schiff Hardin LLP**

By:   **/s/ Paula J. Morency**
Paula J. Morency
Attorneys for Defendant

2
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

Having reviewed the foregoing stipulation and good cause appearing, it is hereby ORDERED that:

1. Plaintiffs are allowed to file the Third Amended Complaint, ~~attached hereto as Exhibit A;~~ The Plaintiffs shall file the Third Amended Complaint on the Court's docket by July 15, 2014.

2. Defendant RCI, LLC is hereby dismissed from this action, without prejudice, each party to bear their own fees and costs; and

3. That the Case Management Conference in this action be continued to __September 3, 2014__ at __2:00 p.m.__ .

Dated: June _24_, 2014.



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar