UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 12, 2015

**RE:  C-13-4328-JST,  MICHAEL RIGHETTI, et al. -v- RCI LLC, et al.**

Application for Default Judgment by Clerk is **declined**.

RICHARD W. WIEKING, Clerk

by: Thelma Nudo  
Deputy Clerk