1  CHARLES A. JONES ESQ. {SBN 224915}
2  KELLY MCINERNEY ESQ. {SBN 200017}
   JONES LAW FIRM
3  9585 Prototype Court, Suite B
   Reno, Nevada 89521
4  Telephone: (775) 853-6440
5  Facsimile: (775) 853-6445
   caj@cjoneslawfirm.com
6  kelly@cjoneslawfirm.com
7
8  Attorneys for Plaintiff, MICHAEL C. RIGHETTI,
   individually and on behalf of other members similarly situated
9

FILED
APR 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI and REX RIGHETTI, on behalf of themselves and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SHUTTLE ALLIANCE TRANSPORTATION CORPORATOION, D/B/A USA TRAVEL SERVICES, a foreign corporation, and TAKE YOU ON VACATION, LLC, a foreign limited liability Company<br><br>Defendants. | Case No. 3:13-cv-04328-JST<br><br>[PROPOSED] DEFAULT JUDGMENT |

1

[PROPOSED] DEFAULT JUDGMENT

1  Plaintiffs' Application for a Default Judgment by the Clerk of the Court against
2  Defendant UNITED SHUTTLE ALLIANCE TRANSPORTATION CORPORATION
3  D/B/A USA TRAVEL SERVICES ("Defendant") was filed and served on March 13,
4  2015. (See, Docket Number 58.) Defendant has failed to oppose or otherwise respond to
5  Plaintiff's Application for Default Judgment. The Clerk entered Default against
6  Defendant on October 1, 2014. (Docket Number 50.) Pursuant to Federal Rule of Civil
7  Procedure 55(b)(1), Judgment is hereby entered in favor of Plaintiffs Michael Righetti
8  and Rex Righetti and against Defendant UNITED SHUTTLE ALLIANCE
9  TRANSPORTATION CORPORATION D/B/A USA TRAVEL SERVICES in the
10 amount of $3,684.56.

Dated: April 22, 2015

Thelma Nudo, Deputy Clerk
RICHARD W. WIEKING,
_____
Clerk of the United States District Court of
the Northern District of California