UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED SHUTTLE ALLIANCE TRANSPORTATION CORPORATION, et al.,<br><br>          Defendants. | Case No.  13-cv-04328-JST<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT TAKE YOU ON VACATION, LLC SHOULD NOT BE DISMISSED** |

The Court has reviewed the case management statement filed by Plaintiff Michael Righetti in advance of the Case Management Conference scheduled for July 1, 2015.  ECF No. 61. Plaintiff states that he has obtained a default judgment against defendant United Shuttle Alliance Transportation Corporation, and that he is pursuing his remedies against remaining defendant and dissolved limited liability company Take You On Vacation, LLC pursuant to Florida Revised Statutes § 605.0711.  Id.

Section 605.0711 describes a process by which Plaintiff will give notice of its claim to Take You On Vacation, and Take You On Vacation will then make an offer of compensation to Plaintiff.  If Take You On Vacation does not comply with its statutory obligations, or Plaintiff does not like Take You On Vacation's offer, any remedy lies in the "circuit court in the applicable county" in Florida state court.  Fla. Stat. Ann. § 605.0711 (West).

It seems that this Court has no role to play in the adjudication of claims under section 605.0711.  Indeed, Plaintiff acknowledges as much in his case management statement, when he states that "no further action [in this case] is required by this Court."  ECF No. 61 at 2.

Because the Court cannot take any further action regarding Take You On Vacation, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not dismiss that entity without

1  prejudice and close the file of this case. A response to this order is due by July 10, 2015, at which
2  time the Court will take the matter under submission. If no response is filed, the Court will
3  dismiss Take You On Vacation without prejudice and close the file.
4      The case management conference scheduled for July 1, 2015 is vacated.
5  **IT IS SO ORDERED.**
6  Dated: June 28, 2015

                                            JON S. TIGAR
                                         United States District Judge