UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIGHETTI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SHUTTLE ALLIANCE TRANSPORTATION CORPORATION, et al.,<br><br>    Defendants. | Case No. 13-cv-04328-JST<br><br>**ORDER DISMISSING DEFENDANT TAKE YOU ON VACATION, LLC**<br><br>Re: ECF Nos. 62, 63 |

On June 28, 2015, the Court ordered Plaintiff Michael Righetti to show cause why the Court should not dismiss Take You On Vacation, LLC without prejudice and close the file of this case. See ECF No. 62. The Court has no role to play in the adjudication of claims asserted by Plaintiff against Take You On Vacation, LLC. Plaintiff responded and agreed that Take You On Vacation should be dismissed from the action. See ECF No. 63. Accordingly, the Court dismisses Take You On Vacation, LCC without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 16, 2015

                                                JON S. TIGAR
                                   United States District Judge